*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-487**

IN RE RICHARD B. THOMPSON
A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 427659**                                    **DDN2020-D028**

BEFORE:  Easterly and Howard, Associate Judges, and Thompson, Senior Judge.

**O R D E R**
(FILED— September 29, 2022)

On consideration of the accurate copy of the order from the state of New Jersey disbarring Richard B. Thompson from the practice of law in that state; this court's July 18, 2022, order suspending Mr. Thompson pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed, no response having been filed; Disciplinary Counsel's motion to late file the lodged statement regarding discipline; and the statement of Disciplinary Counsel; and it appearing that Mr. Thompson filed his D.C. Bar R. XI, §14(g) affidavit on August 8, 2022, it is

ORDERED that Disciplinary Counsel's motion for leave to late file the statement regarding reciprocal discipline is granted and the lodged statement is filed. It is

FURTHER ORDERED that Richard B. Thompson is hereby disbarred from the practice of law in the District of Columbia *nunc pro tunc* to July 18, 2022, the day the interim suspension was imposed.  *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established).

**PER CURIAM**